UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | |
|---|---|
| WILMARYS ANA ALEJANDRA NAVAS-ROMERO, AND HER MINOR CHILD, SARAY VICTORIA CUMANA NAVAS;<br>*Petitioners*<br><br>v.<br><br>US ATTORNEY GENERAL PAMELA BONDI, SEC. OF DHS KRISTI NOEM, ACTING FIELD DI MARISA FLORES, ACTING DIRECTOR TODD M. LYONS, WARDEN JOSE RODRIGUEZ, JR.,<br>*Respondents* | Case No. SA-26-CA-00791-XR |

## ORDER FOR SERVICE

Before the Court is a Petition for Writ of Habeas Corpus (ECF No. 1).

It is hereby **ORDERED** that the Clerk of Court shall furnish the Office of the United States Attorney in San Antonio, Texas, with copies of the Petition for Writ of Habeas Corpus (ECF No. 1) and this Order. Delivery by certified mail return receipt requested of those same documents shall constitute sufficient service of process on the Federal Respondents. *See* FED. R. CIV. P. 4(i). Service should be directed to

> Stephanie Rico, Civil Process Clerk
> U.S. Attorney's Office, Western District of Texas
> 601 N.W. Loop 410, Suite 600
> San Antonio, Texas 78216.

It is **FURTHER ORDERED** that the Clerk of Court shall serve Respondent Warden with copies of the Petition for Writ of Habeas Corpus (ECF No. 1) and this Order. Delivery by certified mail, return receipt requested, will constitute sufficient service of process. Service should be directed to

> Warden, South Texas Family Residential Detention Center
> 300 El Rancho Way
> Dilley, TX 78017

It is **FURTHER ORDERED** that Respondents shall file a response to the Petition **within five (5) days** of the date of service.

It is **FURTHER ORDERED** that, if Petitioner elects to file a reply, Petitioner may do so no later than seven days after the Respondents file their answers/responses.

It is so **ORDERED**.

**SIGNED** this 9th day of February, 2026.

                                              XAVIER RODRIGUEZ
                                              UNITED STATES DISTRICT JUDGE